IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ADAM STEVEN KEITH**                                                                  **PLAINTIFF**

v.                                          **Civil Action No. 1:15-cv-329-JCG**

**DEBRA PLATT et al.**                                                                **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order Granting Defendants' Motion for Summary Judgment Based on Plaintiff's Failure to Exhaust Administrative Remedies, final judgment is hereby entered pursuant to Rule 58 of the Federal Rules of Civil Procedure in favor of Defendants. All of Plaintiff's claims against all Defendants are dismissed without prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the above captioned civil action is dismissed without prejudice.

**SO ORDERED** this the 27th day of May, 2016.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE